In re: MBA SPECIALIZED CARRIER, INC., Debtor,

Doina Brandusa, Appellant,

v.

Kenny W. Flinn, Chapter 7 Trustee, Appellee.

In re: MBA Specialized Carrier, Inc., Debtor,

Masood Ahmadazi, Appellant,

v.

Kenny W. Flinn, Chapter 7 Trustee, Appellee.

Nos. 02–16163, 02–16164.
BAP Nos. EC–01–01400–BMaP, EC–01–01401–BMaP.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 7, 2003.

Decided Oct. 24, 2003.

Before GOODWIN, KLEINFELD, Circuit Judges, and JONES,* District Judges.

MEMORANDUM**

This consolidated appeal challenges judgments against both defendants after

---

* The Honorable Robert E. Jones, United States District Judge for the of Oregon, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the

trial in the bankruptcy court for the Eastern District of California, which were affirmed by the Bankruptcy Appellate Panel. We **affirm** the judgments for substantially the reasons stated in the unpublished memorandum decision of the B.A.P.

AFFIRMED.